IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLAIRE BALL,

                    Plaintiff,

          v.
                                                    Case No. 18-cv-888-jdp

ANDREW M. SAUL,
Commissioner of Social Security

                    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Andrew M. Saul, Commissioner of Social Security against plaintiff Claire Ball

affirming the Commissioner's decision and dismissing this case.


s/ K. Frederickson, Deputy Clerk                     7/25/2019
Peter Oppeneer, Clerk of Court                          Date